**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARC O'KEEFE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O'KEEFE, an individual; PERFECT EDGE HOLDINGS, LLC, a Michigan limited liability company; PERFECT EDGE HOWELL, LLC, a Michigan limited liability company; and PERFECT EDGE NOVI, LLC, a Michigan limited liability company, each d/b/a "THE ORIGINAL PERFECT EDGE,"<br><br>Defendants. | Case No. ____________________<br><br>Hon. ________________________ |


Jenna D. Hajhassan (P85117)
JD LAW, PLLC
18306 Middlebelt Road
Livonia, MI 48152
(313) 212-0093
jenna@jdlawpllc.com
*Co-Counsel for Plaintiff*

Robert L. Akouri (P43788)
AKOURI & ASSOCIATES, PLLC
18306 Middlebelt Road
Livonia, Michigan 48152
akouripllc@yahoo.com
*Co-Counsel for Plaintiff*


**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, FALSE ADVERTISING, UNFAIR COMPETITION, BREACH OF CONTRACT, AND DECLARATORY RELIEF, AND DEMAND FOR JURY TRIAL**

Plaintiff Marc O'Keefe ("Plaintiff" or "Marc"), by his attorneys, JD Law, PLLC and Akouri & Associates, PLLC, states as follows for his Complaint against Defendants Michael O'Keefe ("Michael"), Perfect Edge Holdings, LLC ("PE Holdings"), Perfect Edge Howell, LLC ("PE Howell"), and Perfect Edge Novi, LLC ("PE Novi"), each d/b/a "The Original Perfect Edge" (PE Holdings, PE Howell and PE Novi together, the "Entity Defendants," and with Michael, "Defendants"):

## NATURE OF THE ACTION

**1.** This is an action under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and Michigan law to stop Defendants from trading on Plaintiff's federally registered PERFECT EDGE marks and from falsely holding out a newly formed business as "The Original Perfect Edge."

**2.** Plaintiff owns three registrations on the Principal Register for PERFECT EDGE HOCKEY and PERFECT EDGE HOCKEY – LACROSSE, including the registered oval logo. In a signed Binding Settlement Term Sheet dated June 18, 2026, Michael expressly agreed that Plaintiff "will own and exclusively use the company logos."

**3.** Defendants nonetheless continue to use Plaintiff's logo, and Michael has launched, through three newly formed limited liability companies, a competing business that calls itself "The Original Perfect Edge." That name tells customers, rinks and youth hockey programs that Defendants' new business is the original, legacy Perfect Edge Hockey business and that Plaintiff's business is not. That message is false, it is causing actual confusion, and it is diverting goodwill Plaintiff spent two decades building.

## PARTIES

**4.** Plaintiff Marc O'Keefe is an individual residing in Traverse City, Grand Traverse County, Michigan.

**5.** Defendant Michael O'Keefe is an individual who, upon information and belief, resides in Brighton, Livingston County, Michigan, and operates retail hockey stores in Novi (Oakland County) and Howell (Livingston County), Michigan.

**6.** Defendant Perfect Edge Holdings, LLC ("PE Holdings") is a Michigan limited liability company, Michigan Department of Licensing and Regulatory Affairs ("LARA") Entity ID No. 900236859, organized on June 23, 2026—five days after Michael signed the Term Sheet

described below. Upon information and belief, PE Holdings operates the online store of "The Original Perfect Edge" and maintains its registered office at 3297 Pleasant Valley Road, Brighton, MI 48114.

**7.** Defendant Perfect Edge Howell, LLC ("PE Howell") is a Michigan limited liability company, LARA Entity ID No. 900249900, organized on July 20, 2026. Upon information and belief, PE Howell operates the retail hockey store located at 3621 E. Grand River Avenue, Howell, Livingston County, Michigan 48843, under the name "The Original Perfect Edge."

**8.** Defendant Perfect Edge Novi, LLC ("PE Novi") is a Michigan limited liability company, LARA Entity ID No. 900249904, organized on July 20, 2026. Upon information and belief, PE Novi operates the retail hockey store located at 42400 Nick Lidstrom Drive, Novi, Oakland County, Michigan 48375, under the name "The Original Perfect Edge."

**9.** LARA's records identify Michael K. O'Keefe as the resident agent of each Entity Defendant and associate each Entity Defendant with the name "The Original Perfect Edge." LARA's search results are reproduced below and attached as **Exhibit J**.

| Name | Filing Date | Status | AR Standing | Entity Type | Entity ID# | Agent | AR Due Date |
|---|---|---|---|---|---|---|---|
| PERFECT EDGE HOLDINGS, LLC *Matched Names: THE ORIGINAL PERFECT EDGE* | 06/23/2026 | Active | Good | Domestic Limited Liability Company | 900236859 | MICHAEL K. O'KEEFE | 02/15/2027 |
| PERFECT EDGE HOWELL, LLC *Matched Names: THE ORIGINAL PERFECT EDGE* | 07/20/2026 | Active | Good | Domestic Limited Liability Company | 900249900 | MICHAEL K. O'KEEFE | 02/15/2027 |
| PERFECT EDGE NOVI, LLC *Matched Names: THE ORIGINAL PERFECT EDGE* | 07/20/2026 | Active | Good | Domestic Limited Liability Company | 900249904 | MICHAEL K. O'KEEFE | 02/15/2027 |

**10.** Upon information and belief, Michael is the sole member and manager of each Entity Defendant and owns, controls and directs each of them. The Entity Defendants operate

together as a single retail business under the name "The Original Perfect Edge." Michael personally participates in, authorizes and directs the conduct alleged in this Complaint and is personally liable for it.

## JURISDICTION AND VENUE

**11.** This Court has subject-matter jurisdiction over Counts I–III under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a), and over Count IV under 28 U.S.C. § 1338(b) as a claim of unfair competition joined with substantial and related claims under the trademark laws.

**12.** This Court has supplemental jurisdiction over Counts IV and V under 28 U.S.C. § 1367(a) because they form part of the same case or controversy as the federal claims. The Court may grant declaratory relief under 28 U.S.C. §§ 2201–2202.

**13.** This Court has personal jurisdiction over Defendants because they reside in, are organized under the laws of, and conduct the business at issue in Michigan.

**14.** Venue is proper in this District under 28 U.S.C. § 1391(b)(1) and (2) because Defendants reside here and a substantial part of the events giving rise to the claims, including Defendants' infringing retail operations in Novi and Howell, occurred here. Assignment to the Southern Division is proper under E.D. Mich. LR 83.10(a) and (b)(4) because the claims arose in Livingston and Oakland Counties.

## RELATED PROCEEDING

**15.** Plaintiff and Michael are parties to a pending arbitration before the Hon. David Groner (Ret.) under Paragraph 22 of the Term Sheet described below, concerning implementation of the Term Sheet (the "Arbitration").

**16.** Plaintiff brings this action to protect federal statutory rights in his registered marks, which exist independently of the Term Sheet, and to obtain injunctive relief that preserves the

status quo and prevents irreparable harm while the Arbitration proceeds. To the extent the Court determines any claim here falls within Paragraph 22, Plaintiff requests that the Court grant provisional injunctive relief in aid of arbitration and stay only that claim under 9 U.S.C. § 3, rather than dismiss it.

## GENERAL ALLEGATIONS

### A. The Perfect Edge Business and Plaintiff's Marks

**17.** Since at least June 1, 2005, the PERFECT EDGE HOCKEY and PERFECT EDGE HOCKEY – LACROSSE marks have been used continuously in commerce to identify retail and online retail store services featuring hockey and lacrosse equipment, skate sharpening and related services in Michigan.

**18.** Plaintiff personally created the PERFECT EDGE names and designed the oval PERFECT EDGE HOCKEY – LACROSSE logo depicting crossed hockey sticks and crossed lacrosse sticks (the "PEH Logo").

**19.** Over more than twenty years, the Perfect Edge business operated retail locations including Traverse City, Hartland, Novi and Howell, sponsored local rinks and youth hockey programs, and built substantial goodwill and consumer recognition in the PERFECT EDGE marks throughout Michigan.

**20.** Plaintiff owns the following registrations on the Principal Register of the United States Patent and Trademark Office (collectively, the "PERFECT EDGE Marks"), true copies of which are attached as **Exhibits A–C**:

| Exhibit | Reg. No. | Mark | Reg. Date | Services (Class 35) |
|---|---|---|---|---|
| A | 8,263,572 | PERFECT EDGE HOCKEY (standard characters) | May 19, 2026 | On-line retail store services featuring sporting goods; retail store services featuring sporting goods |

| Exhibit | Reg. No. | Mark | Reg. Date | Services (Class 35) |
|---|---|---|---|---|
| B | 8,263,599 | PERFECT EDGE HOCKEY – LACROSSE | May 19, 2026 | IC 035: On-line retail store services featuring sporting goods; Retail store services featuring sporting goods. |
| C | 8,261,715 | PERFECT EDGE HOCKEY – LACROSSE and oval design (the PEH Logo) | May 19, 2026 | On-line retail store services featuring hockey and lacrosse sporting goods; retail store services featuring hockey and lacrosse sporting goods |

**21.** The registrations are valid and subsisting. Under 15 U.S.C. §§ 1057(b) and 1115(a), they are prima facie evidence of the validity of the PERFECT EDGE Marks, of Plaintiff's ownership of them, and of Plaintiff's exclusive right to use them in commerce for the registered services. Under 15 U.S.C. § 1072, the registrations give constructive notice of Plaintiff's claim of ownership.

**B. The Binding Settlement Term Sheet**

**22.** Plaintiff and Michael are brothers who operated the Perfect Edge business together. On June 18, 2026, following mediation, they each signed a three-page "Binding Settlement Term Sheet" (the "Term Sheet") separating their business interests. Because the Term Sheet is a confidential mediation document, it is not attached to this Complaint. Plaintiff will file the Term Sheet as **Exhibit D** under seal at a later time, by separate motion under E.D. Mich. LR 5.3.

**23.** Paragraph 5 of the Term Sheet provides that Plaintiff "owns Perfect Edge Hockey entity, Logos, Facebook, social media & domain tied to Perfect Edge Hockey."

**24.** Paragraph 16 provides that Michael and his entities have licensing rights "to use the name Perfect Edge Hockey and /or Lacross[e]," and that "Mike agrees that Marc will own and exclusively use the company logos."

**25.** Paragraphs 5 and 8 permit Michael to create his own logos, social media, website and entities. Nothing in the Term Sheet permits Michael to use the PEH Logo or any confusingly similar design, to hold out any business as the "original" Perfect Edge, or to represent that his new business is the successor to the legacy Perfect Edge business, which the Term Sheet allocated to Plaintiff.

**26.** Paragraph 13 of the Term Sheet requires mutual non-disparagement, with penalty components, and permits the parties to tell third parties only that "the brothers separated their business." Paragraph 15 requires a joint announcement to customers and suppliers that the parties have separated and gone in different directions. Paragraph 18 requires each party not to interfere with the other's supplier relationships.

**27.** Paragraph 19 set the date of separation as no later than August 1, 2026.

## C. Defendants' Infringing and Deceptive Conduct

**28.** Since at least August 1, 2026, Defendants have used the PEH Logo in connection with their retail store services without Plaintiff's consent, including on merchandise sold after August 1, 2026.

**29.** For example, on August 20, 2026, Defendants' Howell store sold blade soakers itemized as "Perfect Edge Pro Soaker PEH" and "Perfect Edge Pro Soaker BLK," bearing the PEH Logo, on a sales receipt headed "PERFECT EDGE" and issued from 3621 E. Grand River Avenue, Howell. Photographs of the merchandise and receipt are attached as **Exhibit I**.

**30.** Defendants have adopted and are using the name "THE ORIGINAL PERFECT EDGE" (the "Infringing Name") to identify their retail hockey store services, in stylized lettering with "The Original" in script above "PERFECT EDGE" in bold italic block letters. A photograph of a rink dasher board displaying the Infringing Name is attached as **Exhibit E**.

**31.** Defendants also display the Infringing Name on the storefront signage of their Novi store, located inside the Novi Ice Arena at 42400 Nick Lidstrom Drive. A photograph of that signage is attached as **Exhibit L**.

**32.** Defendants operate social media accounts, websites and an online storefront under the Infringing Name, including the Facebook page "The Original Perfect Edge," the Instagram account @theoriginalperfectedge, the TikTok account @ogperfectedge, the website theoriginalperfectedge.com, and an online storefront identified as "Perfect Edge Holdings, LLC" that displays the Infringing Name and invites customers to "[g]et top hockey & lacrosse gear at Perfect Edge!" Upon information and belief, Defendants also operate the website theoriginalperfectedgehockey.com. True copies of screenshots of Defendants' social media accounts are attached as **Exhibit F**.

**33.** The Entity Defendants were organized on June 23, 2026 and July 20, 2026. None of them is the original Perfect Edge business, none is the successor to that business, and none existed during the years in which the Perfect Edge business built its goodwill.

**34.** The Infringing Name incorporates Plaintiff's registered PERFECT EDGE term in its entirety and adds only the word "Original," which does not distinguish Defendants' services but instead heightens confusion by claiming the legacy business's origin and history for Defendants.

**D. Defendants' False "Name Change" and "Since 1999" Claims**

**35.** Defendants have not merely adopted a confusingly similar name. They have affirmatively told the market that Perfect Edge Hockey changed its name and became Defendants' business.

**36.** On August 4, 2026, Defendants' Facebook page published a graphic bearing the Infringing Name and announcing "NEW NAME. SAME GREAT SERVICE." The graphic states:

"While our name has changed, our commitment hasn't. You'll still find the same knowledgeable service, top hockey and lacrosse equipment, expert skate sharpening and profiling, team sales, custom jerseys, and apparel you've trusted for years." The post was shared at least 17 times. A true copy is included in **Exhibit K**.

**37.** That statement is false. Perfect Edge Hockey did not change its name; it remains Plaintiff's business. Defendants' business had no prior name to change—it was newly formed in 2026—and the products and services customers "trusted for years" were those of the legacy Perfect Edge business allocated to Plaintiff.

**38.** Defendants promoted a "Grand Reopening Sale" at their Howell and Novi stores on August 7–8 and August 14–15, 2026, using a flyer bearing the Infringing Name. The sale was announced in posts in Michigan youth hockey Facebook groups, including "Michigan Hockey" and "Youth/Minor Hockey Parents," stating: "BIG NEWS FOR THE HOCKEY COMMUNITY! Perfect Edge Hockey is now… The Original Perfect Edge! The name may be new, but everything else you know and love stays the same: Same knowledgeable staff[;] Same outstanding customer service[;] Same commitment to helping hockey players and families." Upon information and belief, those posts were authored, supplied or approved by Defendants. The Kensington Valley Hockey Association republished the flyer. True copies are included in **Exhibit K**.

**39.** The representation that "Perfect Edge Hockey is now… The Original Perfect Edge" is literally false. It tells hockey families, rinks and youth programs that Perfect Edge Hockey no longer exists under its own name and has become Defendants' business.

**40.** Defendants' Facebook and Instagram profiles state that their business has been "[s]erving the hockey community since 1999," and Defendants' website, theoriginalperfectedge.com, states that "Perfect Edge has been in business since 2005. The owner

has been in the business for more than 20 years." (Exhibits F, M.) These statements are false. The Entity Defendants did not exist before June 23, 2026, and the history Defendants claim is the history of the legacy Perfect Edge business, which first used the PERFECT EDGE marks in 2005 and which the Term Sheet allocated to Plaintiff.

**41.** Defendants have also used Google search listings to capture customers looking for Perfect Edge Hockey. Upon information and belief, Defendants renamed the legacy business's Google Business Profile for the Howell store to "The Original Perfect Edge," so that the listing now displays approximately 145 reviews earned by the legacy Perfect Edge business under Defendants' Infringing Name, including a review praising the "incredible experience we had at Perfect Edge Hockey!" Defendants also maintain a Google listing for "Perfect Edge Hockey LLC" at the Howell store address that lists (517) 546-1897—the same telephone number Michael uses in his "The Original Perfect Edge" email signature—so that customers searching for Perfect Edge Hockey are routed to Defendants. True copies of these listings and search results are attached as **Exhibit M**.

## E. Defendants' Diversion of Customer Inquiries Directed to Perfect Edge Hockey

**42.** Under the Term Sheet, the parties agreed that neither would use the legacy Perfect Edge Hockey email address, perfectedgehockey@gmail.com (the "PEH Email"), going forward, and that the PEH Email would carry an automatic reply allowing customers to choose which brother's business to contact.

**43.** Michael has nonetheless intercepted customer inquiries directed to the PEH Email and told those customers that the PEH Email no longer works.

**44.** On October 23, 2026, at 9:13 a.m., the Flint Jr. Firebirds youth hockey program emailed the PEH Email requesting a quote for approximately 30 youth practice jerseys with a logo, number and name. Less than two hours later, at 11:03 a.m., Michael responded from

perfectedgehw@gmail.com: "This is Mike from The Original Perfect Edge in Howell. That other email is not a working email anymore since my brother and I have split." Michael attached a quote, numbered Invoice #1042 and addressed to "Flint Jr Firebirds," on letterhead bearing the Infringing Name and the stylized "The Original Perfect Edge" logo, offering the jerseys at $750.00 or $810.00.

**45.** On September 17, 2026, Michael sent a similar message from perfectedgehw@gmail.com to a customer named Tera: "This is Mike from The Original Perfect Edge. This is a new email I am using moving forward. That old email is not a working email anymore. I can for sure help you out with your needs. Let me know what style jerseys you are looking for and I can get something started for you."

**46.** Michael's statements that the PEH Email is "not a working email anymore" are false. The PEH Email is active and, under the parties' agreement, is supposed to let the customer choose whom to contact. Upon information and belief, Michael accessed the PEH Email, or otherwise obtained inquiries sent to it, and responded before the customer could make that choice. True copies of the September 17 and October 23, 2026 emails and the October 23 quote are attached as **Exhibit N**.

**47.** Upon information and belief, these are not isolated incidents. Since August 1, 2026, Defendants have repeatedly diverted inquiries, orders and leads directed to Perfect Edge Hockey through its legacy email address and telephone numbers.

## F. Actual Confusion

**48.** Defendants' conduct has already caused actual confusion and misattribution of Plaintiff's goodwill:

(a) Further, 140 Ice Den published a sponsored post thanking "The Original Perfect Edge for your years of support," crediting Defendants' months-old business with years of sponsorship provided by the legacy Perfect Edge business (**Exhibit G**).

(b) The same post asks, "Are your Edges even Perfect if you aren't the Original?" Upon information and belief, that messaging was supplied, requested or approved by Defendants as part of a paid sponsorship or advertising arrangement.

(c) The 2014 Novi Firecats youth hockey program published a graphic thanking "The Original Perfect Edge" for its sponsorship, using lettering that mirrors the Infringing Name (**Exhibit H**).

(d) Commenting on Defendants' August 4, 2026 "New Name" post, a customer asked: "What did I miss? Why the name change? Are you still in Hartland? Same owner?" Hartland is a location of Plaintiff's legacy Perfect Edge business (**Exhibit K**).

(e) On the Kensington Valley Hockey Association's republication of Defendants' Grand Reopening Sale flyer, the same customer wrote: "How did the 'Original Perfect Edge' come after Perfect Edge? Genuine question…..this re-brand is so confusing to me." The Association responded that it had "no idea" and that she would "have to ask them" (**Exhibit K**).

(f) A commenter on Defendants' Instagram account told Michael: "You are the HEART & SOUL of the PERFECT EDGE LEGACY NOW!" (**Exhibit K**).

(g) The Flint Jr. Firebirds, which sought to do business with Perfect Edge Hockey by writing to the PEH Email, were instead quoted by Defendants under the Infringing Name (**Exhibit N**).

(h) Google search results for "the original perfect edge" display reviews written about "Perfect Edge Hockey" under Defendants' Infringing Name (**Exhibit M**).

**49.** The statement that Defendants' business is "the Original" Perfect Edge is literally false, or at minimum misleading, and implies that Plaintiff's business is an imitation. It is material to purchasing decisions of hockey families, rinks and youth programs, who choose retailers and sponsors based on the reputation and history of the Perfect Edge name.

## G. Willfulness and Irreparable Harm

**50.** Defendants' conduct is willful. Michael signed the Term Sheet acknowledging Plaintiff's exclusive ownership of the logos and allocating the legacy business to Plaintiff. The PERFECT EDGE Marks were registered before the Term Sheet was signed, and Defendants have constructive notice of them under 15 U.S.C. § 1072.

**51.** Michael organized PE Holdings five days after signing the Term Sheet, and organized PE Howell and PE Novi on July 20, 2026—before the August 1, 2026 separation date—and then publicly announced that "Perfect Edge Hockey is now… The Original Perfect Edge." Defendants' conduct was planned, deliberate and intended to capture the legacy business's customers and goodwill.

**52.** Defendants' conduct is causing Plaintiff irreparable harm, including loss of control over his reputation and goodwill, customer confusion, and diversion of sales and sponsorship relationships, for which money damages are inadequate.

## COUNT I — INFRINGEMENT OF REGISTERED MARKS, 15 U.S.C. § 1114(1) — (All Defendants)

**53.** Plaintiff incorporates the preceding paragraphs.

**54.** Plaintiff owns the PERFECT EDGE Marks and their registrations, which are valid and subsisting.

**55.** Without Plaintiff's consent, Defendants have used in commerce reproductions, copies and colorable imitations of the PERFECT EDGE Marks, including the PEH Logo and the Infringing Name, in connection with the sale, offering for sale, distribution and advertising of retail store services featuring hockey and lacrosse goods.

**56.** Paragraph 16 of the Term Sheet does not authorize this use. Any license it grants is limited to the name "Perfect Edge Hockey and/or Lacrosse"; it expressly excludes the logos, which Plaintiff alone may use, and it does not extend to the Infringing Name or to any use that represents Defendants as the original or successor Perfect Edge business. Use outside the scope of a license is unlicensed use.

**57.** Defendants' use is likely to cause confusion, mistake and deception as to the source, sponsorship, affiliation and approval of Defendants' services, and has caused actual confusion.

**58.** Defendants' infringement is knowing, intentional and willful.

**59.** Plaintiff has suffered and will continue to suffer damages and irreparable harm. Plaintiff is entitled to injunctive relief under 15 U.S.C. § 1116, including the rebuttable presumption of irreparable harm under § 1116(a); Defendants' profits, Plaintiff's damages and costs under § 1117(a), enhanced as the Court finds just; attorney fees in this exceptional case; and destruction of infringing articles under § 1118.

**COUNT II — FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION, 15 U.S.C. § 1125(a)(1)(A) — (All Defendants)**

**60.** Plaintiff incorporates the preceding paragraphs.

**61.** Plaintiff owns protectable rights in the PERFECT EDGE Marks, the PEH Logo, and the goodwill of the legacy Perfect Edge business.

**62.** By using the PEH Logo and the Infringing Name, and by holding out their newly formed business as "The Original Perfect Edge," Defendants have used in commerce words,

names, symbols and false designations of origin that are likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendants with the legacy Perfect Edge business, and as to the origin, sponsorship or approval of Defendants' services.

**63.** Defendants' conduct misappropriates Plaintiff's goodwill and history, has caused actual confusion, and is willful.

**64.** Plaintiff is entitled to the relief provided by 15 U.S.C. §§ 1116, 1117 and 1118.

**COUNT III — FALSE ADVERTISING, 15 U.S.C. § 1125(a)(1)(B) — (All Defendants)**

**65.** Plaintiff incorporates the preceding paragraphs.

**66.** In commercial advertising and promotion, including rink dasher boards, storefront signage, sponsorship materials, Google listings, websites, social media and emails to prospective customers, Defendants have represented (a) that their business is "The Original Perfect Edge"; (b) that "Perfect Edge Hockey is now… The Original Perfect Edge" and that "our name has changed"; (c) that their business has been "[s]erving the hockey community since 1999" and "in business since 2005"; and (d) that the PEH Email "is not a working email anymore." Defendants have also caused or approved the message "Are your Edges even Perfect if you aren't the Original?"

**67.** These statements are literally false, or literally true but misleading, because Defendants' business was formed in 2026 and is not the original Perfect Edge business; Perfect Edge Hockey did not change its name or become Defendants' business; the legacy business, its goodwill and its history were allocated to Plaintiff; and the PEH Email remains active.

**68.** The statements misrepresent the nature, characteristics, qualities and commercial origin of Defendants' and Plaintiff's services, actually deceive or tend to deceive a substantial portion of the intended audience, and are material to purchasing and sponsorship decisions.

**69.** Defendants placed the statements in interstate commerce, including through internet and social media advertising.

**70.** Plaintiff has been or is likely to be injured by diversion of sales and sponsorships and by loss of goodwill, and is entitled to the relief provided by 15 U.S.C. §§ 1116 and 1117.

**COUNT IV — COMMON-LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION — (All Defendants)**

**71.** Plaintiff incorporates the preceding paragraphs.

**72.** Plaintiff owns common-law rights in the PERFECT EDGE Marks and the PEH Logo through continuous use in Michigan since 2005.

**73.** Defendants' conduct constitutes trademark infringement, passing off and unfair competition under Michigan common law, because it is likely to cause confusion as to the source of Defendants' services and misappropriates Plaintiff's goodwill.

**74.** Defendants acted willfully and in bad faith. Plaintiff is entitled to injunctive relief, compensatory damages, Defendants' profits, and exemplary damages to the extent permitted by Michigan law.

**COUNT V — BREACH OF CONTRACT — (Michael O'Keefe)**

**75.** Plaintiff incorporates the preceding paragraphs.

**76.** The Term Sheet is a valid, binding and enforceable contract signed by Plaintiff and Michael, each of whom acknowledged agreeing "to be bound to the terms herein."

**77.** Plaintiff has performed his obligations under the Term Sheet.

**78.** Michael has materially breached the Term Sheet by, among other things:

(a) Using, and causing his entities to use, the PEH Logo in violation of Paragraphs 5 and 16;

(b) Exceeding the scope of the Paragraph 16 name license by adopting the Infringing Name and holding out his business as the original Perfect Edge;

(c) Making, causing or approving disparaging statements implying that Plaintiff's business is not the genuine Perfect Edge, in violation of Paragraph 13;

(d) Communicating to customers, rinks and sponsors a message inconsistent with the agreed joint announcement of separation, in violation of Paragraph 15, including by announcing that "Perfect Edge Hockey is now… The Original Perfect Edge";

(e) Withholding the domain, Facebook and social media tied to Perfect Edge Hockey allocated to Plaintiff under Paragraph 5; and

(f) Interfering with Plaintiff's supplier and sponsorship relationships, in violation of Paragraph 18; and

(g) Intercepting and responding to customer inquiries directed to the PEH Email, and telling customers that the PEH Email is "not a working email anymore," in violation of Paragraphs 13 and 15.

**79.** As a direct and proximate result, Plaintiff has suffered damages in an amount to be proven at trial, and is entitled to any penalty or liquidated amounts provided for in connection with Paragraph 13, together with specific performance and injunctive relief.

## COUNT VI — DECLARATORY JUDGMENT, 28 U.S.C. § 2201 — (All Defendants)

**80.** Plaintiff incorporates the preceding paragraphs.

**81.** An actual, substantial and immediate controversy exists between Plaintiff and Defendants concerning Plaintiff's ownership of the PERFECT EDGE Marks and the scope of any license granted to Michael under Paragraph 16 of the Term Sheet.

**82.** Plaintiff seeks a declaration that: (a) Plaintiff owns the PERFECT EDGE Marks and has the exclusive right to use the PEH Logo; (b) any license under Paragraph 16 is limited to use of the words “Perfect Edge Hockey” and/or “Perfect Edge Lacrosse” as a name, and does not permit use of the PEH Logo or any confusingly similar design, the Infringing Name, or any designation or statement representing Defendants as the original, legacy or successor Perfect Edge business; and (c) as Plaintiff’s licensee and as a signatory acknowledging Plaintiff’s ownership, Michael and his entities are estopped from challenging Plaintiff’s title to the PERFECT EDGE Marks.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment in his favor and against Defendants, jointly and severally, and:

A. Preliminarily and permanently enjoin Defendants, and their officers, agents, employees, and all persons in active concert or participation with them, from (i) using the PEH Logo or any confusingly similar design; (ii) using the name “The Original Perfect Edge,” or any name, handle, domain or slogan combining PERFECT EDGE with “original,” “OG,” “legacy,” “real,” “authentic” or similar terms; (iii) representing that Defendants or their business are the original, legacy or successor Perfect Edge business; (iv) representing that Perfect Edge Hockey has changed its name or become Defendants’ business, or that Defendants’ business has existed since 1999, 2005 or any date before its formation; (v) accessing, monitoring or responding to communications directed to the PEH Email, or representing that the PEH Email is not a working email; and (vi) otherwise infringing the PERFECT EDGE Marks or unfairly competing with Plaintiff;

B. Order Defendants to cease using, and to transfer to Plaintiff or deactivate, all social media accounts, handles, pages, online storefronts, Google Business Profile listings and domain names incorporating the Infringing Name—including @theoriginalperfectedge, @ogperfectedge, theoriginalperfectedge.com and theoriginalperfectedgehockey.com—to restore to Plaintiff any Google Business Profile listing of the legacy Perfect Edge business, and to transfer to Plaintiff the domain, Facebook and social media tied to Perfect Edge Hockey allocated to him under Paragraph 5 of the Term Sheet;

C. Order Defendants to deliver up for destruction all signage, merchandise, labels, advertising and promotional materials bearing the PEH Logo (other than genuine inventory lawfully allocated to Michael under the Term Sheet) or the Infringing Name, under 15 U.S.C. § 1118;

D. Order Defendants to file with the Court and serve on Plaintiff, within 30 days after entry of the injunction, a sworn written report detailing their compliance, under 15 U.S.C. § 1116(a);

E. Order Defendants to request in writing that 140 Ice Den, the Novi Firecats, the Kensington Valley Hockey Association and any other third party remove references to "The Original Perfect Edge," and to issue corrective notice to customers and sponsors in a form approved by the Court;

F. Order Defendants to account for all quotes, orders and sales arising from inquiries directed to the PEH Email or otherwise to Plaintiff's business since August 1, 2026, and to disgorge the profits from them;

G. Award Plaintiff Defendants' profits, Plaintiff's actual damages, and costs under 15 U.S.C. § 1117(a), with damages enhanced up to three times and profits adjusted as the Court finds just;

H. Find this case exceptional and award Plaintiff reasonable attorney fees under 15 U.S.C. § 1117(a);

I. Award compensatory, consequential and any penalty or liquidated damages for breach of the Term Sheet, and exemplary damages under Michigan law;

J. Enter the declarations requested in Count VI;

K. Award pre- and post-judgment interest; and

L. Grant such other relief as the Court deems just.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable under Fed. R. Civ. P. 38.

Respectfully submitted,

**JD LAW, PLLC**

/s/ *Jenna D. Hajhassan*
Jenna D. Hajhassan (P85117)
18306 Middlebelt Road
Livonia, MI 48152
(313) 212-0093
jenna@jdlawpllc.com
*Co-Counsel for Plaintiff*

**AKOURI & ASSOCIATES, PLLC**

/s/ *Robert L. Akouri*
Robert L. Akouri (P43788)
18306 Middlebelt Road
Livonia, MI 48152
akouripllc@yahoo.com
*Co-Counsel for Plaintiff*

Dated: November 4, 2026

**INDEX OF EXHIBITS**

| **Exhibit** | **Description** |
|---|---|
| A | Registration Certificate, U.S. Reg. No. 8,263,572 (PERFECT EDGE HOCKEY) |
| B | Registration Certificate, U.S. Reg. No. 8,263,599 (PERFECT EDGE HOCKEY – LACROSSE) |
| C | Registration Certificate, U.S. Reg. No. 8,261,715 (PEH Logo) |
| D | Binding Settlement Term Sheet dated June 18, 2026 (not attached; to be filed under seal by separate motion) |
| E | Photograph of rink dasher board displaying “The Original Perfect Edge” |
| F | Screenshots of Defendants’ Facebook, Instagram and TikTok accounts under the Infringing Name |
| G | 140 Ice Den social media post |
| H | 2014 Novi Firecats sponsorship graphic |
| I | Photographs of PEH Logo merchandise and August 20, 2026 sales receipt from Defendants’ Howell store |
| J | Michigan LARA entity records for PE Holdings, PE Howell and PE Novi |
| K | Defendants’ August 4, 2026 “New Name. Same Great Service” post, Grand Reopening Sale flyer, “Perfect Edge Hockey is now… The Original Perfect Edge” group posts, and related customer comments |
| L | Photograph of Novi storefront signage displaying “The Original Perfect Edge” |
| M | Google search results, Google Business Profile listings, website and online storefront |
| N | September 17, 2026 and October 23, 2026 emails from Michael O’Keefe and October 23, 2026 Flint Jr. Firebirds quote |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT A

Registration Certificate, U.S. Reg. No. 8,263,572 (PERFECT EDGE HOCKEY)

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**October 22 update:** To address recent availability issues caused by excessive data mining, we have implemented some technical adjustments to improve TSDR performance. We are actively monitoring system stability and may implement additional security measures if necessary.

STATUS DOCUMENTS MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2026-10-22 21:28:39 EDT

**Mark:** PERFECT EDGE HOCKEY - LACROSSE

Perfect Edge Hockey - Lacrosse

| | | | |
|---|---|---|---|
| **US Serial Number:** | 99594506 | **Application Filing Date:** | Jan. 14, 2026 |
| **US Registration Number:** | 8263599 | **Registration Date:** | May 19, 2026 |
| **Filed as Base Application:** | Yes | **Currently Base Application:** | Yes |

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 19, 2026

**Publication Date:** Mar. 31, 2026

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT B

Registration Certificate, U.S. Reg. No. 8,263,599 (PERFECT EDGE HOCKEY – LACROSSE)

An official website of the United States government Here's how you know



## Trademark search



General search: 99446178

**Result 1 of 1** for 99446178



**Trademark**

**Wordmark**
PERFECT EDGE HOCKEY -LACROSSE

**Serial number**
99446178

**Filing date**
2025-10-16

**Registration number**
8261715

**Registration date**
2026-05-19

**Status**
LIVE REGISTERED

**Status date**
2026-05-19

**Registration type**
PRINCIPAL

**Case status**
Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Publication date**
2026-03-31

**Class**
035

**TM Attorney**
N/A

**Law Office Assigned**
LAW OFFICE 117

**TM5 Status**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Feedback

## Related Properties Information

N/A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT C

Registration Certificate, U.S. Reg. No. 8,261,715 (PEH Logo)

An official website of the United States government Here's how you know



## Trademark search



General search 99555837

**Result 1 of 1** for 99555837



**Trademark**

Perfect Edge Hockey

**Wordmark**
PERFECT EDGE HOCKEY

**Serial number**
99555837

**Filing date**
2025-12-18

**Registration number**
8263572

**Registration date**
2026-05-19

**Status**
LIVE REGISTERED

**Status date**
2026-05-19

**Registration type**
PRINCIPAL

**Case status**
Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Publication date**
2026-03-31

**Class**
035

**TM Attorney**
N/A

**Law Office Assigned**
LAW OFFICE 117

**TM5 Status**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Feedback

**Related Properties Information**

N/A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT D

Binding Settlement Term Sheet dated June 18, 2026

## FILED UNDER SEAL

This exhibit is a confidential mediation document. It is not attached to the publicly filed Complaint and will be filed under seal by separate motion pursuant to E.D. Mich. LR 5.3.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT E

Photograph of rink dasher board displaying "The Original Perfect Edge"


THE
Original
PERFECT
EDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*
Case No. ____________________

# EXHIBIT F

Screenshots of Defendants' Facebook, Instagram and TikTok accounts under the Infringing Name


THE Original
The Original Perfect Edge
79 followers · 0 following · 4 posts
Serving the hockey community since 1999. New hockey equipment, new lacrosse equipment, expert ska... See more
Shopping & retail
Follow
Send Email
All
Photos
Reels
Mentions
Personal details
Howell, Michigan
Details
Not yet rated (0 Reviews)
Closed now
3621 E Grand River , Howell, MI, United States, 48843
Links
theoriginalperfectedge.com
Contact info
(517) 551-7261


The Original Perfect Edge
All
Photos
Reels
Mentions
9 shares
Like
Comment
Share
The Original Perfect Ed... is at The Original Pe....
5d
🎉 Grand Reopening Sale! 🎉... See more
THE Original PERFECT EDGE
GRAND REOPENING SALE
HUGE SALE 2 WEEKENDS IN A ROW!!
Friday 8/7 Saturday 8/8 at our Howell Location Only
Friday 8/14 Saturday 8/15 at both our Howell & Novi Locations!!
All Sale Skates 50% off
All Sale Sticks 50% off
Lots of Clearance Apparel 50%-75% off
FREE PROFILE w/ANY skate purchase
Lacrosse Equipment 25% off one item
Skate Sharpening Cards $90.00
Lacrosse Shaft or Head 20% off
Howell
517-551-7261
8/7-8/8 & 8/14-8/15
Friday 10-7pm
Saturday 10-4pm
Novi
517-551-7261
8/14 & 8/15
Friday 3-8pm
Saturday 10-5pm
17
2 comments 26 shares
Like
Comment
Share
The Original Perfect Edge
6d
THE Original PERFECT EDGE


1:54
THE Original
The Original Perfect Edge
306 followers · 1 following
Serving the hockey community since 1999. New hockey equipment, new lacrosse equipment, expert ska... See more
Shopping & retail
Follow
Send Email
All
Photos
Reels
Mentions
Personal details
Howell, Michigan
Details
4 reviews
Open now
3621 E Grand River , Howell, MI, United States, 48843
Links
theoriginalperfectedge.com
Contact info
(517) 551-7261
The Original Perfect Edge


8:58
theoriginalperfectedge
THE Original PERFECT EDGE
Hockey & Lacrosse
12
posts
98
followers
98
following
Product/service
Serving the hockey community since 1999.
3621 E Grand River Ave, Howell, Michigan
theoriginalperfectedge.com
The Original Perfect Edge
Follow
Message
Contact
NOVI
NOVI
WEEKLY STANDARD HOURS
MONDAY 3pm - 8pm
TUESDAY 12pm - 8pm
WEDNESDAY 3pm - 8pm
THURSDAY 12pm - 8pm
FRIDAY 3pm - 8pm
SATURDAY 10am - 5pm
SUNDAY 10am - 6pm
PERFECT EDGE
CCM


6:17
The Original Perfect Edge
@ogperfectedge
1
Following
0
Followers
0
Likes
THE
Original
PERFECT
EDGE
Follow
Message
No videos yet
Videos posted by ogperfectedge will appear here

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*
Case No. ____________________

# EXHIBIT G

140 Ice Den social media post

4:05

#Trapshooting #TrapShooting #ClayShooting #ClayTargetShooting #ShotgunSh... See more

38 9

**140 Ice Den**
7m ·

Are your Edges even Perfect if you aren't the Original?
Thank you The Original Perfect Edge for your years of support!




Opens in Messenger | Send message

1 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*
Case No. ____________________

# EXHIBIT H

2014 Novi Firecats sponsorship graphic


2014
NOVI
FIRECATS
THE
Original
PERFECT
EDGE
THANK YOU
FOR YOUR SPONSORSHIP
Your generosity is making
opportunities possible for our
Novi Firecats!

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT I

Photographs of PEH Logo merchandise and August 20, 2026 sales receipt from Defendants' Howell store


JUNIOR
PERFECT EDGE
LACROSSE
YOUTH
PLAYER NO.




PERFECT EDGE
3621 E. Grand River Ave.
Howell, MI 48843 United States
(734) 355-5269
Sales Receipt
08/20/2026 02:21:30 PM
Ticket: 220000326864
Register: Register 1
Employee: Howell
Item # Price
Perfect Edge Pro Soaker BLK Junior 1 $19.99
Perfect Edge Pro Soaker PEH YTH 1 $14.99
Cloth Tape WHITE 2 $7.54
Lacrosse Ball Wht 1 $3.99
Subtotal $46.51
Tax ($46.51 @ 6%) $2.79
Total Tax $2.79
Total $49.30
PAYMENTS
Debit Card $49.30

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT J

Michigan LARA entity records for PE Holdings, PE Howell and PE Novi

Results: 3

| Name | Filing Date | Status | AR Standing | Entity Type | Entity ID# | Agent | AR Due Date |
|---|---|---|---|---|---|---|---|
| PERFECT EDGE HOLDINGS, LLC *Matched Names: THE ORIGINAL PERFECT EDGE* | 06/23/2026 | Active | Good | Domestic Limited Liability Company | 900236859 | MICHAEL K. O'KEEFE | 02/15/2027 |
| PERFECT EDGE HOWELL, LLC *Matched Names: THE ORIGINAL PERFECT EDGE* | 07/20/2026 | Active | Good | Domestic Limited Liability Company | 900249900 | MICHAEL K. O'KEEFE | 02/15/2027 |
| PERFECT EDGE NOVI, LLC *Matched Names: THE ORIGINAL PERFECT EDGE* | 07/20/2026 | Active | Good | Domestic Limited Liability Company | 900249904 | MICHAEL K. O'KEEFE | 02/15/2027 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT K

Defendants' August 4, 2026 "New Name. Same Great Service" post, Grand Reopening Sale flyer, "Perfect Edge Hockey is now… The Original Perfect Edge" group posts, and related customer comments

**The Original Perfect Edge**
Aug 4 ·




Like Comment Share

18 17 shares

All comments

**Kelly VanMarter** · 4d
What did I miss? Why the name change? Are you still in Hartland? Same owner?
Reply

**Kelly VanMarter** · 2d
The Original Perfect Edge
Reply

**Bobbie Squires** · 1w
We just had the best experience buying skates at the Howell location!
Reply

**Jean Price** · 1w
Awesome!!!
Reply



Kensington Valley Hockey Association
2d ·
#SupportLocal #SkateSharpening #TeamSales #Howell #Novi
THE Original PERFECT EDGE
GRAND REOPENING SALE
HUGE SALE 2 WEEKENDS IN A ROW!!
THE Original PERFECT EDGE
Friday 8/7 Saturday 8/8 at our Howell Location Only
Friday 8/14 Saturday 8/15 at both our Howell & Novi Locations!!
All Sale Skates 50% off
All Sale Sticks 50% off
Lots of Clearance Apparel 50%-75% off
FREE PROFILE w/ANY skate purchase
Lacrosse Equipment 25% off one item
Howell
517-551-7261
8/7-8/8 & 8/14-8/15
Friday 10-7pm
Saturday 10-4pm
Skate Sharpening Cards $90.00
Lacrosse Shaft or Head 20% off
Novi
517-551-7261
8/14 & 8/15
Friday 3-8pm
Saturday 10-5pm
Like
Comment
Share
7
Most relevant
Kelly VanMarter · 2d
How did the "Original Perfect Edge" come after Perfect Edge? Genuine question.....this re-brand is so confusing to me.
Reply
Kensington Valley Hockey Association · 2d · Author
Kelly VanMarter I have no idea you will have to ask them-
Reply

story Jerore Bentley Ja

7:49

**Michigan Hockey (201...**
Max Teplitsky · 13h ·

🏒 BIG NEWS FOR THE HOCKEY COMMUNITY! 🏒

Perfect Edge Hockey is now... The Original Perfect Edge!

The name may be new, but everything else you know and love stays the same:
✅ Same knowledgeable staff
✅ Same outstanding customer service
✅ Same commitment to helping hockey players and families

To celebrate, The Original Perfect Edge is hosting a Huge Grand Reopening Sale, making it the perfect time to gear up for the season and save big on skates, sticks, apparel, and more!

Whether you're a longtime customer or you've never stopped in before, now is the perfect opportunity to check out the store, meet the friendly staff who have been serving the hockey community for years, and take

Youth/Minor Hockey Parents · Join
Max Teplitsky · 1d ·

🏒 BIG NEWS FOR THE HOCKEY COMMUNITY! 🏒

Perfect Edge Hockey is now... The Original Perfect Edge!

The name may be new, but everything else you know and love stays the same:
✅ Same knowledgeable staff
✅ Same outstanding customer service
✅ Same commitment to helping hockey players and families

To celebrate, The Original Perfect Edge is hosting a Huge Grand Reopening Sale, making it the perfect time to gear up for the season and save big on skates, sticks, apparel, and more!

Whether you're a longtime customer or you've never stopped in before, now is the perfect opportunity to check out the store, meet the friendly staff who have been serving the hockey community for years, and take advantage of some incredible deals.

Be sure to look through the sale flyer for all the discounts and sale dates. You won't want to miss it!

Good luck to everyone this season, and happy shopping! 🏒🔥

THE Original PERFECT EDGE




Like Comment Share


11:43
Posts
theoriginalperfectedge
Follow
theoriginalperfectedge
Comments
shelbyriccardi 4d
Happy Birthday Mike 🥳 You deserve something amazing 🎂 Hoping this next year will bring you more happiness and prosperity! May GOD continue to guide you and keep you healthy. You are the HEART & SOUL of the PERFECT EDGE LEGACY NOW! ❤️
Reply
Join the conversation...

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT L

Photograph of Novi storefront signage displaying "The Original Perfect Edge"


THE
Original
PERFECT EDGE
SPORTS
excellence
CCM
ARENA MANAGEME
OLYMPIA/ZAMBON
PROGRAM ADMINI
ARENA OPERATIO
hr@suburb

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT M

Google search results, Google Business Profile listings, website and online storefront


2:07
Google
Sign in
the original perfect edge
AI Mode
All
Shopping
Images
Videos
Short videos
Elk Rapids, MI · Choose area
Places
Fowlerville
Pontiac
The Original Perfect Edge
Brighton
Map data ©2026 Google
The Original Perfect Edge
4.2 ★ (145) · Sporting goods store
Open · Howell, MI
"What an incredible experience we had at Perfect Edge Hockey!"
The Original Perfect Edge
5.0 ★ (1) · Store
Open · Howell, MI
The Original Perfect Edge
5.0 ★ (2) · Store
Closed · Novi, MI
More places
the original perfect edge
Perfect Edge

2:09

Instagram · perfect_edge_hockey

Perfect Edge (@perfect_edge_hockey)

Perfect Edge located in Hartland and Traverse City specializes in hockey and lacrosse with custom skate fitting, sharpening, and training.




Yelp
https://m.yelp.com

PERFECT EDGE HOCKEY - Updated October 2026 - 21 Reviews

Nothing but great experiences here. The owner is really knowledgeable and has been great at…read moreanswering questions, even some girly ones as I've bought ...

3.1 ★★★☆☆ (21) · $$




theoriginalperfectedgehockey.com
https://theoriginalperfectedgehockey.com

The Original Perfect Edge Hockey

Enhance your hockey training with expert coaching to improve ice hockey skills. Subscribe for updates and tips!



People also search for

The original perfect edge **reviews**

The original perfect edge **hockey**

the original perfect edge

Open · Howell, MI

2:08

The Original Perfect Edge
5.0 ★ (2) · Store
Closed · Novi, MI

More places >

theoriginalperfectedge.com
https://theoriginalperfectedge.com

Perfect Edge




Perfect Edge has been in business since 2005. The owner has been in the business for more then 20 years. We use a custom fit machine to mold all of our skates.

30-day returns

Facebook · The Original Perfect Edge
300+ followers

The Original Perfect Edge | Howell MI

Serving the hockey community since 1999. New hockey equipment, new lacrosse equipment, expert skate fitting, sharpening & profiling, team sales, custom apparel, ...




5.0 ★★★★★ (4)

theoriginalperfectedge.com
https://theoriginalperfectedge.com

Contact Us - Perfect Edge

The Original [the original perfect edge — Private] rated store that prides itself on customer service. We offer competitive


2:10
◀ Safari
Follow
Perfect Edge Holdings, LLC
Get top hockey & lacrosse gear at Perfect Edge! Skates, sticks, pads & more—expert service for every player. Gear up & play your best!
Policies
Refund policy
Shipping policy
Privacy policy
Terms and conditions
Visit Online Store
Report


Stratton Ln
2:13
Perfect Edge Hockey LLC
Overview
Reviews
Photos
Updates
About
Know before you go
New!
+4
People highlight their expertise in custom skate fitting and heat molding services
Reviewers love their specialized skate profiling and unique sharpening cuts like A-trap
Locals appreciate that they carry a solid selection of lacrosse gear alongside hockey equipment
Ask Maps
Do they sharpen skates?
Family-run store selling skates and sticks for hockey and lacrosse activities.
Summarized with AI
Closed
Sunday 11 AM–3 PM
Monday 10 AM–7 PM
Tuesday 10 AM–7 PM
Wednesday 10 AM–7 PM
Thursday 10 AM–7 PM
Friday 10 AM–7 PM
Saturday 10 AM–4 PM
Updated by this business 6 weeks ago
Ask
Call
Share


Stratton Ln
2:13
Perfect Edge Hockey LLC
BAUER
BAUER
Overview
Reviews
Photos
Updates
About
Know before you go
New!
+4
People highlight their expertise in custom skate fitting and heat molding services
Reviewers love their specialized skate profiling and unique sharpening cuts like A-trap
Locals appreciate that they carry a solid selection of lacrosse gear alongside hockey equipment
Ask Maps
Do they sharpen skates?
Can I
Family-run store selling skates and sticks for hockey and lacrosse activities.
Summarized with AI
Closed · Opens 11 AM
Updated by this business 6 weeks ago
3621 E Grand River Ave, Howell, MI 48843
perfectedgehockey.com
(517) 546-1897


2:14
Perfect Edge Hockey & Lacrosse
5.0 ★★★★★ (1) · 3 hr 51 min
Directions
Start
Call
Share
Overview
Reviews
Updates
About
Know before you go New!
• Visitors highlight the expert skate sharpening and custom fitting services offered here
Closed
Sunday 4:30–8:30 PM
Monday 2–8 PM
Tuesday 3–8 PM
Wednesday 3–8 PM
Thursday 3–8 PM
Friday 3–7 PM
Saturday Closed
Updated by this business 6 weeks ago
Suggest new hours
42400 Nick Lidstrom Dr, Novi, MI 48375
perfectedgehockey.com
(810) 266-0102


2:14
Perfect Edge Hockey & Lacrosse
Perfect Edge Hockey & Lacrosse
5.0 ★★★★★ (1) · 3 hr 51 min
Sporting goods store ·
Closed · Opens 4:30 PM
Directions
Start
Call
Share
Overview
Reviews
Updates
About
Know before you go
New!
Visitors highlight the expert skate sharpening and custom fitting services offered here
Closed · Opens 4:30 PM
Updated by this business 6 weeks ago
42400 Nick Lidstrom Dr, Novi, MI 48375
perfectedgehockey.com
(810) 266-0102
Suggest an edit

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION**

*Marc O'Keefe v. Michael O'Keefe, et al.*

# EXHIBIT N

September 17, 2026 and October 23, 2026 emails from Michael O'Keefe and
October 23, 2026 Flint Jr. Firebirds quote



On Sep 17, 2026, at 08:31, Mike O'Keefe <perfectedgehw@gmail.com> wrote:

Hi Tera,
This is Mike from The Original Perfect Edge. This is a new email I am using moving forward. That old email is not a working email anymore. I can for sure help you out with your needs. Let me know what style jerseys you are looking for and I can get something started for you.

Thanks
Mike Okeefe
The Original Perfect Edge
517-546-1697

ank you! What is this? Haha, thanks!

Reply Forward Share in chat



Jersey quote needed

**Firebirds jr hockey** <firebirdsjrhockey@gmail.com> Fri, Oct 23, 9:13 AM (15 hours ago)

to Perfectedgehockey@gmail.com

Hello,
We are looking for practice jerseys for our jr Firebirds program.
Approx 30 youth jerseys in a few different sizes and available colors.
If you can please generate a quote with a logo, number, and name along with a time frame.

Thank you,
Scott

Reply Forward



Jersey quote Inbox ×

Mike O'Keefe <perfectedgehw@gmail.com>
to me

Fri, Oct 23, 11:03 AM (14 hours ago)

Hi Scott,
This is Mike from The Original Perfect Edge in Howell. That other email is not a working email anymore since my brother and I have split.
Attached is a quote for the practice jerseys that you requested. I listed 2 different manufacturers, Gamewear has the best pricing, but in youth does dual sizing. AK has each size for youth and is a few dollars more.
Normal turnaround time on these jerseys is 2 weeks.
Let me know if you have any questions

--
Thanks,
Mike
The Original Perfect Edge
517-546-1897 - Howell
517-551-7261- Novi
Locations
3621 E. Grand River Ave. Howell Mi 48843
42400 Nick Lidstrom Dr. Novi Mi. 48375

One attachment • Scanned by Gmail

Add to Drive

Reply Forward

The Original PERFECT EDGE

**Quote**

Date 10/23/2026

Invoice # 1042

P.O. Practice jersey

To: Flint Jr Firebirds

From:

**The Original Perfect Edge**

Howell- 3621 E. Grand River Ave., Howell, MI 48843 517-546-1897
Novi- 42400 Nick Lidstrom Dr., Novi MI 48375 517-551-7261

perfectedgehw@gmail.com

| Item: | Unit Cost: | Qty: | Total Cost: |
|---|---|---|---|
| Gamewear 5500 practice jersey w/ 1 color front print, 1 color number, 1 color name. youth sizes are YXS, YS/M, YL/XL, and YGC | $25.00 | 30 | $750.00 |
| AK H6000 practice jerseys w/ 1 color front print, 1 color number, 1 color name. Youth sizes are YXS, YS, YM, YL, YXL, ASGC | $27.00 | 30 | $810.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Sub-Total | |
| | | Tax | |
| | | Total | |